Certificate Number: 05781-OKN-DE-041549343

Bankruptcy Case Number: 26-11652

05781-OKN-DE-041549343

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 12, 2026, at 9:40 o'clock AM PDT, Donna St Cyr completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Oklahoma.

Date: October 12, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President