Certificate Number: 05781-OKN-DE-041548809

Bankruptcy Case Number: 26-11260

05781-OKN-DE-041548809

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 12, 2026, at 8:09 o'clock AM PDT, Paulita Brooker completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Oklahoma.

Date: October 12, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President